ANCEL PRATT JR., Appellant,
v.
MICHAEL C. WEISS, D.O., MICHAEL C. WEISS, D.O., P.A., LOUIS H. ISAACSON, D.O., STERLING HEALTHCARE GROUP, INC., STERLING MIAMI, INC., LAUDERDALE ORTHOPAEDIC SURGEONS, a Florida general partnership, consisting of the following general partners: RAUL T APARACIO, M.D., P.A., MARTIN B. SILVERSTEIN, M.D., P.A., MICHAEL J. RUDDY, M.D., P.A., and MICHAEL C. WEISS, D.O., P.A., FMC HOSPITAL LTD., a Florida Limited Partnership d/b/a FLORIDA MEDICAL CENTER, FMC MEDICAL INC., f/k/a FMC CENTER INC., d/b/a FLORIDA MEDICAL CENTER, Appellees.
No. 4D08-2481.
District Court of Appeal of Florida, Fourth District.
February 16, 2011.
David C. Appleby and Sheldon J. Schlesinger of Sheldon J. Schlesinger, P.A., Fort Lauderdale, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.
Shelley H. Leinicke of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Fort Lauderdale, for Appellees, Michael C. Weiss, D.O., Michael C. Weiss, D.O., P.A., Lauderdale Orthopedic Surgeons, Raul T. Aparicio, M.D., P.A., Martin B. Silverstein, M.D., P.A. and Michael J. Ruddy, M.D., P.A.
James C. Sawran, A. Candace Marcus and Robert C. Weill of Mcintosh, Sawran, Peltz & Cartaya, P.A., Fort Lauderdale, for appellee Florida Medical Center.
William T. Viergever of Sonneborn, Rutter, Cooney & Klingensmith, P.A., West Palm Beach, for appellees, Louis H. Isaacson, Sterling Healthcare Group, Inc., and Sterling Miami, Inc.
PER CURIAM.
Affirmed.
GROSS, C.J., MAY and DAMOORGIAN, JJ., concur.
Not final until disposition of timely filed motion for rehearing.